Peter Robert SEAMON, Appellant

v.

WORKERS' COMPENSATION
APPEAL BOARD (SARNO &
SON FORMALS), Appellees.

Supreme Court of Pennsylvania.

Argued Nov. 13, 2001.

Decided Feb. 19, 2003.

John T. Kupchinsky, Irwin William Aronson, Camp Hill, for Peter Robert Seamon, Appellant.

James A. Holzman, Harrisburg, Amber Marie Kenger, Mechanicsburg, for W.C.A.B., Appellee.

Jerome Dunham, Robert T. Panowicz, Mountain Top, for Sarno & Son Formals, Appellee.

Before: FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

***ORDER***

PER CURIAM.

AND NOW, this 19th day of February, 2003, the appeal is hereby **DISMISSED** as improvidently granted.

Former Chief Justice FLAHERTY and former Chief Justice ZAPPALA did not participate in the decision of this case.